UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-tp-80005-Rosenberg-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALLEN GRIFFIN,

    Defendant.

_____/

## REPORT & RECOMMENDATION

The Defendant, ALLEN GRIFFIN, appeared before the Court on August 20, 2024, represented by counsel, for a final hearing for violations of his supervised release. The Defendant was originally convicted of Count One: Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 1349 and 1344, and Counts 6-10, 12-13: Bank Fraud, in violation of 18 U.S.C. § 1344. On May 6, 2019, the Defendant was sentenced to fifty-seven (57) months of imprisonment followed by four (4) years of supervised release with certain special conditions. The Defendant's term of supervised release commenced on January 31, 2023.

The Defendant is now charged with four (4) violations of his conditions of supervision:

**(1) Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or around February 19, 2024, in Miami-Dade County, Florida, the Defendant committed the offense of False Imprisonment, a felony, contrary to Florida Statute 787.02(2).

**(2) Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or around February 19, 2024, in Miami-Dade County, Florida, the Defendant committed the offense of Battery/Domestic/by Strangulation, a felony, contrary to Florida Statute 784.041(2)(A).

**(3) Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or around February 19, 2024, in Miami-Dade County, Florida, the Defendant committed the offense of Battery, a misdemeanor, contrary to Florida Statute 784.03.

**(4) <u>Violation of Standard Condition</u>,** by failing to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. On or about February 19, 2024, the Defendant was arrested by the Miami Dade Police Department, and he failed to advise the U.S. Probation Officer.

At the hearing, the Defendant knowingly, voluntarily, and with advice from counsel admitted to the committing violation four (4). The Government agreed to dismiss violations one (1), two (2), and three (3) at sentencing.

Based on the foregoing, the Court **RECOMMENDS** that the District Court accept the Defendant's admissions and find him guilty of committing violation four (4) of his supervised release as charged in open court. The Court further **RECOMMENDS** that this matter be set down for sentencing before U.S. District Judge Robin L. Rosenberg

A party shall have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with U.S. District Judge Robin L. Rosenberg. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and Recommendation and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1 (2016).

**RESPECTFULLY RECOMMENDED** in Chambers at West Palm Beach in the Southern District of Florida, this 20th day of August 2024.

RYON M. MCCABE
U.S. MAGISTRATE JUDGE